COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      Gary L. Milburn v. Tiffany C. Hill

Appellate case number:   01-22-00105-CV

Trial court case number:  18-DCV-253121

Trial court:                      387th District Court of Fort Bend County

On December 7, 2021, appellant, Gary L. Milburn, filed a Statement of Inability to Afford Payment of Courts Costs in the trial court in the above-referenced matter. *See* TEX. R. APP. P. 20.1(b)(1). On February 21, 2021, the district clerk filed the clerk's record. The record reflects that no contest to the affidavit of indigence was filed. *See id.* Therefore, the allegations in the affidavit are deemed true, and appellant is entitled to proceed without advance payment of costs. *See id.*

The Clerk of this Court is **ORDERED** to make an entry in this Court's records that appellant is indigent and is allowed to proceed on appeal without advance payment of costs.

The trial court clerk is **ORDERED** to provide a complete copy of the clerk's record and the reporter's record to appellant without charge. *See* TEX. R. CIV. P. 145.

Judge's signature: _____/s/ Sherry Radack_____
                        ☑ Acting individually      ☐ Acting for the Court

Date: ___April 12, 2022_____